2008-3512
MHK

# Office of the Sheriff
## Sheriff's Return Of Service




**KEVIN C. LARKIN**
**SHERIFF**

MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. BOX 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-6100
FAX: (609) 278-8041

UNDERSHERIFFS
MICHAEL D. GERASIMOWICZ
DENNIS J. TOBOLSKI
CAROLYN E. WALTON

ASSISTANT TO THE SHERIFF
CATHLEEN G. GARTON

CHIEF SHERIFF'S OFFICER
JOHN A. KEMLER

CHIEF WARRANT OFFICER
DENNIS J. MCMANIMON

PLAINTIFF     MARGARET J BAUSCH                           DOCKET #    08-CV-4248

DEFENDANT    STRYKER CORP @ HOWMEDICA

I SERVED THE FOLLOWING  OUT OF STATE SUMMONS & COMPLAINT

ON THE WITHIN-NAMED DEFENDANT (S) IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | DATE SERVED | TIME SERVED | AGENCY |
|---|---|---|---|
| HOWMEDICA OSTEONICS CORP | 8/11/08 | 1030 | **CORPORATION TRUST COMPANY** Registered Agent **Tyeasha Weaver** Manager or Managing Agent 820 Bear Tavern Road, Ewing Twp |

I, KEVIN C. LARKIN,
Sheriff of Mercer County, do
hereby deputize and appoint

S/o Walls
to be my Deputy, to execute and
return the writ according to law.

Witness my hand and seal this

__11__ day of __Aug__
A.D. 2008

Sheriff (L.S.)
Sheriff's Fee: $$31.00
Notary Fee  $  5.00

OTHER  (Comment)

**FILED**
AUG 22 2008   NB
8-22-2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

KEVIN C. LARKIN, SHERIFF, by

S/o D. M Walls
                    Special Deputy

LENORA R. ALLEN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/29/2012

Lenora R. Allen
Sworn to and subscribed
before me this
11 day of Aug, 20 08

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Margaret J. Bausch,

CASE NUMBER: 08 cv 4248

V.

ASSIGNED JUDGE: Samuel Der-Yeghiayan

Stryker Corporation, Howmedica Osteonics Corporation, dba Stryker Orthopaedics, and Stryker Ireland, Ltd.

DESIGNATED MAGISTRATE JUDGE: Martin C. Ashman

TO: (Name and address of Defendant)

Howmedica Osteonics Corporation
c/o The Corporation Trust Company/Registered Agent,
Howmedica Osteonics Corporation,
820 Bear Tavern Road, West Trenton, NJ 08628

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Rapoport
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Girly*
(By) DEPUTY CLERK

July 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                   Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.