AO 440 (Rev. 05/00) Summons in a Civil Action

*H HN*

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Margaret J. Bausch,

V.

Stryker Corporation, Howmedica Osteonics Corporation, dba Stryker Orthopaedics, and Stryker Ireland, Ltd.

CASE NUMBER: 08 cv 4248

ASSIGNED JUDGE: Samuel Der-Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Martin C. Ashman

TO: (Name and address of Defendant)

Stryker Corporation
c/o Dean H. Bergy/Registered Agent,
Stryker Corporation
2825 Airview Blvd., Kalamazoo, MI 49002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Rapoport
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Nadine Girley_
(By) DEPUTY CLERK

July 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]
DATE: 8/5/08

NAME OF SERVER (PRINT): William Goodrich III
TITLE: Special Deputy Sheriff

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2825 Airview Blvd. Portage, MI. 49002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
8-22-2008
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.62 | 21.00 | 26.62 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Tues - 8/5/08
Date

Signature of Server
William Goodrich III
Special-Deputy

2962 Business One Dr. Kal. MI 49048
Address of Server

X [signature] 8/5/2008 2:37pm       X Assistant Manager
X Adam B Strauss
(w/m, 5'6", Dark Hair, 175 pounds, Late 30's, Early 40's)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.