IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGARET J. BAUSCH,<br><br>    Plaintiff<br><br>v.<br><br>STRYKER CORPORATION,<br>HOWMEDICA OSTEONICS<br>CORPORATION DBA STRYKER<br>ORTHOPAEDICS, AND<br>STRYKER IRELAND, LTD.,<br><br>    Defendants. | Case No.  08 CV 4248<br><br>**Honorable Samuel Der-Yeghiayan** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, September 10, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, counsel for defendant, Howmedica Osteonics Corp. (incorrectly named as Howmedica Osteonics Corporation DBA Stryker Orthopaedics), shall appear before the Honorable Samuel Der-Yeghiayan or any other judge sitting in his stead in Room 1903 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion to Dismiss**, at which time and place you may appear if you see fit.

Dated:  September 2, 2008

Respectfully submitted,

HOWMEDICA OSTEONICS CORP.

By:   */s/ Brian H. Meldrum*
By Its Attorneys

Brian H. Meldrum (ARDC # 6271672)
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
(502) 587-3400

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, a copy of the foregoing **Notice of Motion** was filed electronically.

I further certify that I have served these documents by first-class mail, postage prepaid, on the following non CM/ECF participants:

David E. Rapoport
drapoport@rapoportlaw.com
Joshua L. Weisberg
jweisberg@rapoportlaw.com
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602

　　　　　　　　　　　　　　　　　　　　*/s/ Brian H. Meldrum*
　　　　　　　　　　　　　　　　　　　　Brian H. Meldrum