IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARGARET J. BAUSCH,<br><br>    Plaintiff<br><br>v.<br><br>STRYKER CORPORATION, HOWMEDICA OSTEONICS CORPORATION DBA STRYKER ORTHOPAEDICS, AND STRYKER IRELAND, LTD.,<br><br>    Defendants. | Case No.  08 CV 4248<br><br>**Honorable Samuel Der-Yeghiayan** |

**HOWMEDICA OSTEONICS CORP.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Howmedica Osteonics Corp. (incorrectly named as Howmedica Osteonics Corporation dba Stryker Orthopaedics), by and through its counsel, states that it is a wholly owned subsidiary of Stryker Corporation.  The stock of Stryker Corporation is publicly traded.

        Respectfully submitted,

        HOWMEDICA OSTEONICS CORP.,


        By:  :   */s/ Brian H. Meldrum*
                  By Its Attorneys

Brian H. Meldrum
ARDC No. 6271672
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
(502) 587-3400

Dated: September 2, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2008, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically.

      I further certify that I have served these documents by first-class mail, postage prepaid, on the following non CM/ECF participants:

      David E. Rapoport
      drapoport@rapoportlaw.com
      Joshua L. Weisberg
      jweisberg@rapoportlaw.com
      Rapoport Law Offices, P.C.
      20 North Clark Street, Suite 3500
      Chicago, IL 60602

                                    */s/ Brian H. Meldrum*
                                    Brian H. Meldrum