**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:     Brian H. Meldrum

FIRM:     Stites & Harbison, PLLC

STREET ADDRESS:     400 W. Market Street

CITY/STATE/ZIP:     Louisville, KY 40202

PHONE NUMBER:     (502) 681-0578

E-MAIL ADDRESS:     bmeldrum@stites.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):     6271672

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-CV-4248 | Bausch v. Stryker Corp., et al. | Hon. Der-Yeghiayan |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Brian H. Meldrum

Attorney's Signature

September 2, 2008

Date